THE HAWARDEN. THE RICHMOND. UNITED STATES v. NEW.

(Circuit Court of Appeals, Fourth Circuit. November 28, 1923.)

No. 2155.

Collision ⬅️105—Finding of fault held supported by evidence.

Where steamer, proceeding down river at seven knots an hour without a lookout, collided with schooner coming up the river, a finding that the steamer was solely responsible for the collision *held* supported by the weight of the evidence.

Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk; Edmund Waddill, Jr., Judge.

Libel in admiralty by George H. New, master of the American schooner Richmond, against the United States, owner of the steamship Hawarden. Decree for libelant (275 Fed. 970), and the United States appeals. Affirmed.

H. H. Rumble, Sp. Asst. in Admiralty to U. S. Atty., of Norfolk, Va. (Paul W. Kear, U. S. Atty., of Norfolk, Va., on the brief), for the United States.

Edward R. Baird, Jr., of Norfolk, Va. (Baird, White & Lanning and George M. Lanning, all of Norfolk, Va., on the brief), for appellee.

Before WOODS and ROSE, Circuit Judges, and SOPER, District Judge.

PER CURIAM. The appeal challenges the finding of fact of the District Court that the steamship Hawarden was solely at fault for collision with the schooner Richmond. The finding has abundant support in the testimony. Indeed, we think the reasoning in the opinion of the District Court shows that the decree is supported by the weight of the evidence.

Affirmed.